IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TARVER, | ) |
| Plaintiff, | ) |
| v. | )  CIVIL ACTION NO. 5:14-CV-214 (MTT) |
| Commissioner BRIAN OWENS, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Order & Recommendation of Magistrate Judge Stephen Hyles. (Doc. 5). The Magistrate Judge recommends the Court dismiss the Plaintiff's claims against Defendants Owens, Barnes, West, COII Jackson, Larzenave, and Foster following a preliminary screening of his case pursuant to 28 U.S.C. § 1915A.

The Plaintiff has not filed an objection to the Magistrate Judge's Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the **ORDER** of the Court. The Plaintiff's claims against Defendants Owens, Barnes, West, COII Jackson, Larzenave, and Foster are **dismissed**, and these parties are dismissed as Defendants in this case. The Plaintiff's claims against Defendants McLaughlin, Fye, Lt. Jackson, Nash, Turner, Willis, Frazier, and Russell will go forward as ordered by the Magistrate Judge.

**SO ORDERED**, this 1st day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT